JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMBER HOTEL CORP., | Case No. CV 17-2570 FMO |
| Reorganized Debtor, | |
| | **JUDGMENT** |
| AMBER HOTEL CORP., <u>et al.</u>, | |
| Appellants, | |
| v. | |
| JAMES J. LITTLE, | |
| Appellee. | |

IT IS ADJUDGED THAT the bankruptcy court's decision is **affirmed**.

Dated this 30th day of October, 2017.

/s/
Fernando M. Olguin
United States District Judge